IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HARLAN HOWARD SONGS, INC., ) | |
| ) | |
|     Plaintiff and Counter-Defendant ) | |
| ) | |
| v. ) | Civil No. 3:11-0899 |
| ) | Judge Trauger |
| BRANDON RHIDDLEHOOVER, professionally ) | |
| known as BRANDON RHYDER ) | |
| ) | |
|     Defendant, Counter-Plaintiff, and ) | |
|     Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MELANIE HOWARD, ) | |
| ) | |
|     Third-Party Defendant. ) | |

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

The jury trial set for March 26, 2013 and the pretrial conference set for March 22, 2013 are **CANCELLED**.

It is so **ORDERED**.

ENTER this 14th day of June, 2012.

                                               ALETA A. TRAUGER
                                               U.S. District Judge